An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SERENE LIMITED LIABILITY
COMPANY,
Appellant,
vs.
DESERT PLASTERING, LLC,
Respondent.

No. 64066

**FILED**

OCT 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order, certified as final under NRCP 54(b), dismissing a construction defect action. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.[1]

On the eve of trial, the district court dismissed appellant's action on the grounds that appellant lacked standing and/or was not the real party in interest. We conclude that appellant should have been able to proceed under a third-party beneficiary theory or on the ground that it had obtained an assignment of rights. *See* NRCP 17(a). We therefore

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]Judge Williams did not preside over the hearing at which dismissal was granted.

15-31581

cc: Hon. Timothy C. Williams, District Judge
Stephen E. Haberfeld, Settlement Judge
Pengilly Law Firm
Herold & Sager/Las Vegas
Carraway & Associates
Cisneros & Marias
Lincoln, Gustafson & Cercos
Lemons, Grundy & Eisenberg
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A